```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/15/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
LAUREN SPENCER-SMITH,                                              :
               Plaintiff,                              :
    -v-                                                       :
:    23-cv-2652 (LJL)
DAVID M. EHRLICH, DAVID M. EHRLICH &                               :
ASSOCIATES, P.C., DAVID M. EHRLICH P.C., ESQ.,   :    ORDER
and SONG COLLECT, INC. d/b/a DME                                   :
MANAGEMENT,                                                        :
               Defendants.                             :
:
-------------------------------------------------------------------X

-------------------------------------------------------------------X
:
DAVID EHRLICH, SONG COLLECT, INC.,                                 :
d/b/a DME MANAGEMENT, and DAVID M.                                 :
EHRLICH & ASSOCIATES,                                              :
               Plaintiffs,                             :    23-cv-2653 (LJL)
    -v-                                                       :
:    ORDER
LAUREN SPENCER SMITH,                                              :
               Defendant.                              :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       The parties in Case No. 23 Civ. 2653 have submitted a proposed stipulation providing for its consolidation with a related case, Case No. 23 Civ. 2652. The proposed stipulation was prepared on the understanding that the Hon. Valerie E. Caproni would be presiding over the consolidated case. Since the filing of that proposed stipulation, the case has been transferred to the docket of the undersigned. Accordingly, the parties are directed to submit a revised proposed stipulation reflecting that the case has been assigned to the undersigned. The initial pretrial conference currently scheduled for May 26, 2023 before Judge Caproni is CANCELLED and the parties are relieved of the requirements detailed in the Notice of Initial Pretrial Conference, Dkt. No. 7. The Court will schedule an initial pretrial conference by separate order.

       SO ORDERED.

Dated: May 15, 2023
       New York, New York                      _____
                                                          LEWIS J. LIMAN
                                                          United States District Judge