```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
LAUREN SPENCER-SMITH,                                            :
                                                                 :
                               Plaintiff,                        :
                                                                 :          23-cv-2652 (LJL)
               -v-                                               :
                                                                 :               ORDER
DAVID M. EHRLICH et al.                                          :
                                                                 :
                               Defendants.                       :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

    The Court's order issued earlier today granting Plaintiff's motion to amend the complaint, Dkt. No. 47, is VACATED.

    SO ORDERED.

Dated: April 18, 2024  
       New York, New York  
                                              LEWIS J. LIMAN  
                                    United States District Judge