UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

LAUREN SPENCER-SMITH,

        Plaintiff,

    -v-

DAVID M. EHRLICH et al.,

        Defendant.

------------------------------------------------------------------X

23-cv-2652 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Defendants have moved to compel production of certain documents that were withheld or redacted by Plaintiff on the grounds of attorney-client or work product privilege. Dkt. No. 70. Plaintiff has opposed the motion. Dkt. No. 72. Plaintiff has offered to provide the purportedly privileged documents for the Court's *in camera* review. *Id*. at 2 n.2.

Plaintiff is hereby directed to provide unredacted versions of the withheld and purportedly protected documents representing communications between Plaintiff and Ms. Noble and between Plaintiff and Mr. O'Dell to the Court for *in camera* review by filing them ex parte and under seal by September 26, 2024, access limited to the Court and counsel for Plaintiff, and indicating which portions of the documents Plaintiff seeks to redact or whether Plaintiff seeks to withhold entirely.

SO ORDERED.

Dated: September 25, 2024
      New York, New York

                                      LEWIS J. LIMAN
                                      United States District Judge