USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/27/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
LAUREN SPENCER-SMITH,                                          :
:
                Plaintiff,                  :
:        23-cv-2652 (LJL)
   -v-                                                     :
:        ORDER
DAVID M. EHRLICH et al.,                                       :
:
                Defendant.                  :
:
-------------------------------------------------------------- X

LEWIS J. LIMAN, United States District Judge:

    The parties' motion to seal Exhibits B, C and D to the letter motion to compel (Dkt. Nos. 71-2, 71-3, 71-4) is granted. Exhibit B (Dkt. No. 71-2) may be filed under seal in its entirety and Exhibits C and D (Dkt. Nos. 71-3 and 71-4) filed as redacted. Dkt. Nos. 69, 79, 80. The Court has considered the factors set forth in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006). The weight of the presumption of public access is not heavy at this stage as the documents are not being presented for the purposes of determining the "substantive legal rights" of the litigants, *id*. at 121, and the parties have identified countervailing factors and higher values served by the requested sealing and redactions in the form of the privacy interests of the litigants and third parties, *Bernstein v. Bernstein Litowitz Berger & Grossmann LLP*, 814 F.3d 132, 143 (2d Cir. 2016); *McSweeney v. Cohen*, 2024 WL 3460985, at *1 (S.D.N.Y. July 18, 2024).

    The Clerk of Court is respectfully directed to close the motions at Dkt. Nos. 69, 79, and 80.

    SO ORDERED.

Dated: September 27, 2024
       New York, New York

                                                LEWIS J. LIMAN
                                               United States District Judge