USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/09/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
LAUREN SPENCER-SMITH, :
:
Plaintiff, :
: 23-cv-02652 (LJL)
-v- :
: ORDER
DAVID M. EHRLICH, DAVID M. EHRLICH & :
ASSOCIATES, P.C., DAVID M. EHRLICH P.C., :
ESQ., and SONG COLLECT, INC. d/b/a DME :
MANAGEMENT, :
:
Defendants. :
:
-------------------------------------------------------------- :
:
DAVID EHRLICH, SONG COLLECT, INC., d/b/a :
DME MANAGEMENT, and DAVID M. EHRLICH :
& ASSOCIATES, :
:
Plaintiffs, :
:
-v- :
:
LAUREN SPENCER SMITH, :
:
Defendant. :
:
-------------------------------------------------------------- :
X

LEWIS J. LIMAN, United States District Judge:

      The Court held a conference on October 9, 2024 to discuss the schedule for proceedings prior to the trial of this action.

      At the conference, the Court ordered that parties raise any remaining discovery issues to the Court no later than October 16, 2024.

      The Court further adjourned the deadline for Motions for Summary Judgement, currently set for November 20, 2024, to January 31, 2025.

Further, the Court set the following trial schedule:

(1) The joint pre-trial order, requests to charge, proposed voir dire, and motions in limine are due by August 22, 2025.

(2) Any oppositions to motions in limine and responses to requests to charge and proposed voir dire are due by August 29, 2025.

(3) A final pre-trial conference is scheduled for September 9, 2025 at 2:00 p.m. and will take place in Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, Courtroom 15C.

(4) The jury trial will begin on September 15, 2025 at 9:00 a.m. and will take place in Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, Courtroom 15C.

SO ORDERED.

Dated: October 9, 2024
New York, New York

LEWIS J. LIMAN
United States District Judge