UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

LAUREN SPENCER-SMITH,

              Plaintiff,

    -v-

DAVID M. EHRLICH, DAVID M. EHRLICH &
ASSOCIATES, P.C., DAVID M. EHRLICH P.C.,
ESQ., and SONG COLLECT, INC. d/b/a DME
MANAGEMENT,

              Defendants.

------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/05/2026

23-cv-02652 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court will hold oral argument on the parties' motions for summary judgment on January 29, 2026, at 10:30 a.m. in Courtroom 15C at 500 Pearl Street. Argument is set for one hour to be split between Plaintiff and Defendants.

SO ORDERED.

Dated: January 5, 2026
      New York, New York
                                  _____
                                    LEWIS J. LIMAN
                          United States District Judge