UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
LAUREN SPENCER-SMITH,                                               :
:
:
                    Plaintiff,                                      :
:                          23-cv-02652 (LJL)
          -v-                                                       :
:                                ORDER
:
DAVID M. EHRLICH, DAVID M. EHRLICH &                                :
ASSOCIATES, P.C., DAVID M. EHRLICH P.C.,                            :
ESQ., and SONG COLLECT, INC. d/b/a DME                              :
MANAGEMENT,                                                         :
:
                    Defendants.                                    :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

Oral argument on the motions for summary judgment in this case is scheduled for

Thursday, January 29, 2026. The Court has before it a number of sealing motions which it

intends to decide prior to argument on the motion. *See Lugosch v. Pyramid Co. of Onondaga*,

435 F.3d 110, 126 (2d Cir. 2006).

The Court previously permitted Spencer-Smith to redact the names of the two UMG

employees on grounds of privacy and specific amounts of monetary compensation earned by

Spencer-Smith and others in connection with specific agreements. Dkt. No. 141. The Court is

prepared to treat that order as law of the case, subject to revision upon further consideration or

after argument. The proposed redactions, however, sweep far more broadly. Accordingly, the

parties shall meet and confer regarding the proposed redactions and shall file by no later than

5:00 p.m. on January 25, 2025, a spreadsheet indicating the specific documents by ECF filing

number requested to be filed under seal, the information previously requested to be filed under

seal that need no longer be filed under seal, the specific basis for the filing under seal, and the

ECF filing number of the corresponding motion to seal.  In that submission, the parties shall also show cause why the Court should permit the sealing of any information other than information of the type that the Court has previously permitted to be filed under seal.  To the extent that the parties are requesting sealing for information other than monetary figures or the names of UMG employees, they shall file under seal copies of those documents with proposed redactions highlighted so that the proposed language to be deleted is visible to the Court.  The parties should specify in a cover letter or otherwise the original ECF filing number of each document containing proposed redactions.  Those documents with the redactions highlighted should also be emailed to the Court directly at the Court's chambers address.  An overbroad request for sealing may result in the Court denying the request as to such document in its entirety.

SO ORDERED.

Dated: January 22, 2026
      New York, New York

_____
LEWIS J. LIMAN
United States District Judge

2