

January 27, 2026

**VIA ECF**
The Honorable Lewis J. Liman
United States District Court
500 Pearl Street, Room 1620
New York, New York 10007

> Re:  ***Spencer-Smith v. Ehrlich, et al.*, Case No. 23-cv-2652 (LJL)**
> ***Ehrlich, et al. v. Spencer-Smith*, Case No. 23-cv-2653 (LJL)**

Dear Judge Liman:

We represent Lauren Spencer-Smith ("Spencer-Smith") in the above-referenced consolidated actions.  We write pursuant to this Court's Order dated January 22, 2026 (ECF Doc. No. 175, the "Order") regarding the motions to seal filed by Spencer-Smith and David M. Ehrlich, David M. Ehrlich & Associates, P.C./David M. Ehrlich P.C., Esq., and Song Collect, Inc. d/b/a DME Management (hereinafter, collectively the "Ehrlich Parties") in connection with each of their respective summary judgment motions and related materials (the "SJ Motion Materials").

Further to our correspondence to the Court on January 25, 2026, the parties have finished meeting and conferring regarding the scope of sealing requests in connection with the SJ Motion Materials.  As a result, Spencer-Smith is withdrawing her request to seal ECF Doc. 129-1.

In accordance with the Court's Order of January 22, 2026 [ECF Doc. 175], Spencer-Smith respectfully submits the attached spreadsheet of her proposed sealing designations, indicating the specific documents by ECF filing number requested to be filed under seal, the information previously requested to be filed under seal that no longer be filed under seal, the specific basis for the filing under seal, and the ECF filing number of the corresponding motion to seal.

We thank the Court for its attention to this matter.

Respectfully submitted,

*s/ Julie B. Wlodinguer*
Julie B. Wlodinguer

cc:  All Counsel of Record (via ECF)

**New York**
885 Third Avenue, 20th Floor
New York, NY 10022
Main: 212-209-3050

**Princeton**
4 Independence Way, Suite 120
Princeton, NJ 08540
Main: 609-514-1500

**Los Angeles**
530 Wilshire Blvd. Suite 301
Santa Monica, CA 90401
Main: 310-337-2305

**www.reitlerlaw.com**