UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                              :

LAUREN SPENCER-SMITH,               :

                          :

          Plaintiff,         :

                          :          23-cv-2652 (LJL)

     -v-                  :

                          :             ORDER

DAVID M. EHRLICH, et al.,       :

                          :

         Defendants.     :

                          :
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/06/2026

LEWIS J. LIMAN, United States District Judge:

The Court granted summary judgment for David M. Ehrlich, David M. Ehrlich & Associates, P.C., David M. Ehrlich P.C., Esq., and Song Collect, Inc. d/b/a DME Management on Counts I and II of their First Amended Complaint as to liability and denied summary judgment as to damages.  Dkt. No. 194.  The Court sets the following schedule for trial on the issue of damages:

(1) The joint pre-trial order, requests to charge, proposed voir dire, and motions in limine are due by March 16, 2026.

(2) Any oppositions to motions in limine and responses to requests to charge and proposed voir dire are due March 23, 2026.

(3) A final pre-trial conference is scheduled for April 8, 2026 at 2:00 p.m. and will take place in Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, Courtroom 15C.

(4) The jury trial will begin on April 13, 2026 at 9:30 a.m. and will take place in Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, Courtroom 15C.

SO ORDERED.

Dated: February 6, 2026
New York, New York

_____
LEWIS J. LIMAN
United States District Judge