UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_05/18/2026__

LAUREN SPENCER-SMITH,

                Plaintiff,

      -v-

DAVID EHRLICH, et al.,

                Defendants.

-----------------------------------------------------------------

DAVID EHRLICH, et al.

                Plaintiffs,

      -v-

LAUREN SPENCER SMITH,

                Defendant.

------------------------------------------------------------------X

23-cv-2652 (LJL)
23-cv-2653 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The upcoming trial is limited to damages for the claims of breach of contract. The Ehrlich Parties may make a separate application for attorneys' fees and costs after the Court has decided the question of damages and the Court will at that time determine the amount of reasonable attorneys' fees under the contract. *See, e.g., McGuire v. Russell Miller, Inc.*, 1 F.3d 1306, 1313 (2d Cir. 1993) ("when a contract provides for an award of attorneys' fees, the jury is to decide at trial whether a party may recover such fees; if the jury decides that a party may recover attorneys' fees, then the judge is to determine a reasonable amount of fees").

    SO ORDERED.

Dated: May 18, 2026
      New York, New York

                                    LEWIS J. LIMAN
                          United States District Judge