USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAUREN SPENCER-SMITH,

Plaintiff,

-v-

DAVID EHRLICH, et al.,

Defendants.

DAVID EHRLICH, et al.

Plaintiffs,

-v-

LAUREN SPENCER SMITH,

Defendant.

23-cv-2652 (LJL)
23-cv-2653 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

This action is stayed based on the facts set forth at Dkt. No. 256. The parties shall inform the Court whether the automatic stay has been lifted by no later than September 8, 2026 and the first Monday of the month every two months thereafter starting on November 2, 2026.

SO ORDERED.

Dated: July 28, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge