REITLER
REITLER KAILAS & ROSENBLATT LLP

November 2, 2026

**VIA ECF**
The Honorable Lewis J. Liman
United States District Court
500 Pearl Street, Room 1620
New York, New York 10007

**Re:** ***Spencer-Smith v. Ehrlich, et al.*****, Case No. 23-cv-2652 (LJL)**
***Ehrlich, et al. v. Spencer-Smith*****, Case No. 23-cv-2653 (LJL)**

Dear Judge Liman:

We represent Lauren Spencer-Smith in the above-referenced consolidated actions. Per the Court's Order of July 28, 2026 (ECF Doc. 257), we write to provide the Court with an update as to the status of the stay of these actions by reason of Ms. Spencer-Smith's pending bankruptcy proceedings.

Please be advised that the stay has not been lifted and continues to be in full force and effect.

We thank the Court for its attention to this matter.

Respectfully submitted,

*s/ Julie B. Wlodinguer*
Julie B. Wlodinguer

cc: All Counsel of Record (via ECF)